IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

KENNY M. FOSTER, JR.

_____/

**INDICTMENT**

1:24CR6 AW/ML

THE GRAND JURY CHARGES:

COUNT ONE

On or about February 5, 2024, in the Northern District of Florida, the defendant,

**KENNY M. FOSTER, JR.**,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce, that is:

1. a. On or about August 27, 2014, **KENNY M. FOSTER, JR.** was convicted in the State of Florida of Attempt to Commit Dealing in Stolen Property;

   b. On or about August 19, 2020, **KENNY M. FOSTER, JR.** was convicted in the State of Florida of Possession with Intent to Sell Synthetic Narcotics; and




c. On or about July 21, 2021, **KENNY M. FOSTER, JR.** was convicted in the State of Florida of Attempt to Commit Robbery.

2. For each of these crimes, **KENNY M. FOSTER, JR.** was subject to punishment by a term of imprisonment exceeding one year.

3. Thereafter, **KENNY M. FOSTER, JR.** did knowingly possess a firearm, to wit, a Ruger .380 caliber pistol, and ammunition, namely, Armscor Precision Corporation and Aguila Ammunition .380 ammunition.

4. This firearm and ammunition had previously been transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FIREARM FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**KENNY M. FOSTER, JR.,**

knowingly committed the violations set forth in Count One of this Indictment, any and all interest that the defendant has in the firearms involved in this violation is

vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL:

[Redacted]

_____
DATE  4/23/24

_____
JASON R. COODY
United States Attorney

_____
DAVID P. BYRON
Assistant United States Attorney

3